**SPECIALTY FERTILIZER PRODUCTS, LLC,**
**Appellant**

**v.**

**SHELL OIL COMPANY, Appellee**

Joseph Matal, Performing the Functions and Duties of the Under Secretary of Commerce for Intellectual Property and Director, U.S. Patent and Trademark Office, Intervenor

2016-2347

United States Court of Appeals, Federal Circuit.

November 8, 2017

JOHN M. COLLINS, Hovey Williams LLP, Overland Park, KS, argued for appellant. Also represented by SCOTT R. BROWN, MATTHEW B. WALTERS.

HENRY A. PETRI, JR., Polsinelli PC, Washington, DC, argued for appellee. Also represented by JASON W. BRYAN, Houston, TX.

PHILIP J. WARRICK, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by NATHAN K. KELLEY, FARHEENA YASMEEN RASHEED, SCOTT WEIDENFELLER.

(Moore, Chen, and Stoll, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**